

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00091-CR

| | | |
|---|---|---|
| ERIC ANTONIO JOHNSON, Appellant | § | On Appeal from Criminal District Court No. 2 |
| v. | § | of Tarrant County (1612161D) |
| | § | March 28, 2024 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the $290 award of court costs and the $55 reimbursement fees; in their places, we insert $0. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack